Case 1:22-cr-00118-SPW   Document 23   Filed 01/04/23   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 22-118-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| CALICO PATRICE ALLARD, | |
| Defendant. | |

Defendant's Motion to Conduct Status Hearing on Counsel (Doc. 18) came on for hearing on January 4, 2023 before this Court. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that CJA counsel, Jennifer A. Dwyer shall continue to represent Defendant, Calico Patrice Allard in the above-captioned matter.

DATED the 4th day of January 2023.

_Susan P. Watters_
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1