IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALICO PATRICE ALLARD,<br><br>Defendant. | CR 22-118-BLG-SPW<br><br>ORDER |

This matter comes before the Court on Defendant Calico Patrice Allard's second Motion for Reconsideration, filed October 2, 2023. (Doc. 82). Allard asks the Court to reconsider its denial of her Motion for Compassionate Release. (*Id.*). The Court denied Allard's initial motion for compassionate release because she had not exhausted her administrative remedies with the Bureau of Prisons. (Doc. 76). The Court then denied her first motion for reconsideration on the grounds that the Court lacked jurisdiction over her because she was in state custody. (Doc. 79).

The Court grants Allard's motion for reconsideration because it now has jurisdiction to hear her arguments concerning compassionate release. Allard presently is in BOP custody at FCI Waseca in Minnesota and has exhausted her administrative remedies. *See* Inmate Locator, https://www.bop.gov/inmateloc/ (accessed November 14, 2023).

1

IT IS SO ORDERED that Calico Patrice Allard's Motion for Reconsideration (Doc. 82) is GRANTED. In a separate order, the Court will appoint Allard counsel to file an amended motion for compassionate release.

DATED this 15th day of November, 2023.

                                                  SUSAN P. WATTERS
                                                  United States District Judge